IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMASCUS CITIZENS FOR SUSTAINABILITY, INC., | No. 11-CV-3857 (NGG)(CLP) |
| Plaintiffs, | ECF Case |
| v. | |
| THE UNITED STATES ARMY CORPS OF ENGINEERS; BRIGADIER GENERAL PETER A. DELUCA, in his official capacity as an officer of the United States Army Corps of Engineers; THE UNITED STATES FISH AND WIDLIFE SERVICE; DANIEL M. ASHE, in his official capacity as Director of the United States Fish and Wildlife Service; THE UNITED STATES NATIONAL PARK SERVICE; JONATHAN B. JARVIS, in his official capacity as Director of the United States National Park Service; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, THE UNITED SATES ENVIRONMENTAL PROTECTION AGENCY; LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency; THE DELAWARE RIVER BASIN COMMISSION; and CAROL COLLIER, in her official capacity as Executive Director of the Delaware River Basin Commission, | PROPOSED ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE |
| Defendants, | |
| -and- | |
| AMERICAN PETROLEUM INSTITUTE, INDEPENDENT PETROLEUM ASSOICATION OF AMERICA, and US OIL & GAS ASSOCIAITON, | |
| Putative Defendant-Inventors. | |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Kenneth J. Warren is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants, Delaware River Basin Commission and Carol Collier Executive Director, Delaware River Basin Commission (sued in her official capacity).

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 9/9/11